IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Przyborowski, Sonia E

Printed: 01/29/09

Case Number: 07 B 13380
Judge: Goldgar, A. Benjamin
Filed: 7/26/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: January 9, 2009
Confirmed: September 25, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 13,776.00 |  |
| Secured: |  | 4,295.27 |
| Unsecured: |  | 6,917.08 |
| Priority: |  | 1,326.65 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 797.88 |
| Other Funds: |  | 439.12 |
| Totals: | 13,776.00 | 13,776.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Washington Mutual | Secured | 0.00 | 0.00 |
| 2. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Union Auto Sales | Secured | 1,819.96 | 1,819.96 |
| 4. | Washington Mutual | Secured | 13,960.99 | 0.00 |
| 5. | GMAC Mortgage Corporation | Secured | 3,471.59 | 2,475.31 |
| 6. | Internal Revenue Service | Priority | 664.36 | 664.36 |
| 7. | Illinois Dept of Revenue | Priority | 662.29 | 662.29 |
| 8. | Capital One | Unsecured | 1,937.63 | 1,937.63 |
| 9. | Illinois Dept of Revenue | Unsecured | 95.53 | 95.53 |
| 10. | T Mobile USA | Unsecured | 226.42 | 226.42 |
| 11. | Capital One | Unsecured | 622.12 | 622.12 |
| 12. | Internal Revenue Service | Unsecured | 1,318.82 | 1,318.82 |
| 13. | NCO Financial Services Inc | Unsecured | 314.83 | 314.83 |
| 14. | State Farm Insurance Co | Unsecured | 2,401.73 | 2,401.73 |
| 15. | LaSalle Bank NA | Unsecured |  | No Claim Filed |
| 16. | Certegy Payment Recovery Services Inc | Unsecured |  | No Claim Filed |
|  |  |  | $ 27,496.27 | $ 12,539.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 350.08 |
| 6.5% | 410.93 |
| 6.6% | 36.87 |
|  | $ 797.88 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Przyborowski, Sonia E | Case Number:  07 B 13380 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 01/29/09 | Filed:  7/26/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

